| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____    Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Boxvana, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
83-1421696

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 354 Honey Branch Industrial Park<br>Debord, KY 41214 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Martin | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.boxvana.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Boxvana, LLC** _____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Boxvana, LLC** _____  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Boxvana, LLC**_____  Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Boxvana, LLC**     Case number (*if known*) _____
     Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 2, 2022**
                 MM / DD / YYYY

**X**   **/s/ Harrison Langley**                **Harrison Langley**
Signature of authorized representative of debtor      Printed name

Title   **Member/Manager**

**18. Signature of attorney**

**X**   **/s/ Dean A. Langdon**            Date **August 2, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone **(859) 231-5800**    Email address _____

**40104 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Boxvana, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration     **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  2, 2022**     X **/s/ Harrison Langley**
Signature of individual signing on behalf of debtor

**Harrison Langley**
Printed name

**Member/Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Boxvana, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Internal Revenue Service Department of the Treasury P O Box 7346 Philadelphia, PA 19101-7346 | | 941 taxes | | | | $234,321.27 |
| Strongwell Corporation 400 Commonwealth Ave. Bristol, VA 24201 | | vendor | | | | $74,152.36 |
| Opco 205 West Harrison Avenue Latrobe, PA 15650 | | vendor | | | | $65,817.92 |
| Financial Pacific Leasing, Inc. 3455 S 344th Way Ste 300 Federal Way, WA 98001 | | 2009 HYSTER S155FT 15500 LB LP GAS FORKLIFT CUSHION 3 STAGE MAST SIDE SHIFTER STOCK # BF9017719-RHW | Unliquidated Disputed | $55,000.00 | $0.00 | $55,000.00 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | credit card | | | | $53,647.00 |
| Kentucky Department of Revenue P O Box 5222 Frankfort, KY 40602 | | KY Withholding taxes | | | | $50,898.48 |
| Rupright, Nathan 575 17TH AVE S Mount Penn, PA 19606 | | Unpaid wages | | | | $45,914.54 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Boxvana, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mueller Electric LLC**<br>**4706 Winchester Ave**<br>**Ashland, KY 41101** | | vendor | | | | $33,120.00 |
| **Livingstone Logistics, Inc.**<br>**9331 Lime Cir**<br>**Cypress, CA 90630** | | vendor | | | | $15,030.00 |
| **Mason**<br>**100 W Broadway, Suite 3000**<br>**Long Beach, CA 90802** | | vendor | | | | $14,119.00 |
| **SalesForce**<br>**415 Mission St, 3rd FL**<br>**San Francisco, CA 94105** | | vendor | | | | $10,660.00 |
| **Thermal Equipment Service**<br>**P.O. Box 5855**<br>**Carol Stream, IL 60197-5855** | | vendor | | | | $9,924.96 |
| **Humana**<br>**500 W. Main St.**<br>**Louisville, KY 40202** | | **Health Insurance Will be paid per prepetition wages motion** | | | | $9,781.74 |
| **Kentucky Power Company**<br>**PO BOX 371420**<br>**Pittsburgh, PA 15250** | | **AEP - 354** | | | | $8,802.06 |
| **Scott, Jessica E**<br>**575 17TH AVE S**<br>**Naples, FL 34102** | | **Unpaid wages** | | | | $6,000.00 |
| **Scott, Jessica**<br>**575 17TH AVE S**<br>**Naples, FL 34102** | | **member loan** | | | | $5,577.95 |
| **Carroll**<br>**6969 Tidewater Dr, Bldg 1**<br>**Norfolk, VA 23509** | | vendor | | | | $4,700.00 |
| **Lamina Heat**<br>**153 Metro Ct**<br>**Greer, SC 29650** | | vendor | | | | $4,500.00 |
| **Meade, Jacqueline**<br>**9974 Scotch Pine Dr,**<br>**Springboro, OH 45066** | | **Unpaid wages** | | | | $4,306.95 |

Debtor **Boxvana, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | | **utilities** | | | | **$4,223.14** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Boxvana, LLC**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  $ **Hourly Rates**

   Prior to the filing of this statement I have received  $ **$25,000 (includes filing fee)**

   Balance Due  $ **TBD**

2. $ **1738** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All Chapter 11 general counsel services.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/2/2022
*Date*

/s/ Dean A. Langdon
**Dean A. Langdon**
*Signature of Attorney*
**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800   Fax: (859) 281-1179**
*Name of law firm*

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Boxvana, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fritz, Jessica Scott**<br>**575 17th Ave South**<br>**Naples, FL 34102** | | **1%** | **membership units** |
| **Jolley, Edgar**<br>**4910 Chestnut Avenue**<br>**Signal Mountain, TN 37377** | | **1%** | **membership units** |
| **Kuebler, Mark**<br>**7625 Hamilton Park Drive, Ste 12**<br>**Chattanooga, TN 37421** | | **2%** | **membership units** |
| **Langley, Caroline**<br>**79 33rd Ave S**<br>**Naples, FL 34102** | | **2.5%** | **membership units** |
| **Langley, Gwen**<br>**79 33rd Ave S**<br>**Naples, FL 34102** | | **.5%** | **membership units** |
| **Langley, Harrison**<br>**79 33rd Ave S**<br>**Naples, FL 34102** | | **72.5%** | **membership units** |
| **Langley, Robert**<br>**79 33rd Ave S**<br>**Naples, FL 34102** | | **10%** | **membership units** |
| **Lombillo, Eric**<br>**PO Box 823**<br>**Boulder, CO 80302-9998** | | **10%** | **membership units** |
| **Six10 Ventures**<br>**1070-377 Middle Country Road**<br>**Selden, NY 11784** | | **.5%** | **membership units** |

Sheet 1 of 2 in List of Equity Security Holders

In re: **Boxvana, LLC**  Case No. _____
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 2, 2022**    Signature **/s/ Harrison Langley**
**Harrison Langley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Boxvana, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Member/Manager of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **5** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **August 2, 2022**

**/s/ Harrison Langley**  
**Harrison Langley**/**Member/Manager**  
Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **5** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **August 2, 2022**

**/s/ Dean A. Langdon**  
Signature of Attorney  
**Dean A. Langdon**  
**DelCotto Law Group PLLC**  
**200 North Upper St.**  
**Lexington, KY 40507**  
**(859) 231-5800   Fax: (859) 281-1179**

```
Airgas USA, LLC
92 Kizer Road
Prestonsburg KY 41653-8516


American Express
PO Box 981535
El Paso TX 79998-1535


AT&T
PO Box 5019
Carol Stream IL 60197-5019


Baumann Paper Co.
PO Box 13022
Lexington KY 40583


Begley, Shane
3888 Turkey Creek Rd
Inez KY 41224


Bill Conley
Bill Conley LLC
49 Crestwood Cir
Prestonsburg KY 41653


Brewer Co of WV
Brewer & Company of WV, Inc.
3601 7th Ave
Charleston WV 25387


Carroll
6969 Tidewater Dr, Bldg 1
Norfolk VA 23509


Cook, Cecil
PO BOX 82
Inez KY 41224


Darrow Everett
Darrow Everett LLP
One Turks Head Place
Providence RI 02903
```

Financial Pacific Leasing, Inc.
3455 S 344th Way Ste 300
Federal Way WA 98001


Fritz, Jessica Scott
575 17th Ave South
Naples FL 34102


Goble, John
PO BOX 106
Inez KY 41224


Howell's Recycling & Sanitation
3701 New Rt 3
Inez KY 41224


Humana
500 W. Main St.
Louisville KY 40202


Internal Revenue Service
Department of the Treasury
P O Box 7346
Philadelphia PA 19101-7346


Intertek
PO Box 419241
Boston MA 02241-9241


Jolley, Edgar
4910 Chestnut Avenue
Signal Mountain TN 37377


Kentucky Department of Revenue
P O Box 5222
Frankfort KY 40602


Kentucky Power Company
PO BOX 371420
Pittsburgh PA 15250


Kuebler, Mark
7625 Hamilton Park Drive, Ste 12
Chattanooga TN 37421

```
Lamina Heat
153 Metro Ct
Greer SC 29650


Langley, Caroline
79 33RD AVE S
Naples FL 34102


Langley, Gwen
79 33rd Ave S
Naples FL 34102


Langley, Harrison
79 33rd Ave S
Naples FL 34102


Langley, Robert
79 33rd Ave S
Naples FL 34102


Langley,Harrison
79 33RD AVE SOUTH
Naples FL 34102


Livingstone Logistics, Inc.
9331 Lime Cir
Cypress CA 90630


Lombillo, Eric
PO Box 823
Boulder CO 80302-9998


Martin Co Economic Dev. Authority
c/o Brian Cumbo, Esq.
P O Box 1844
Inez KY 41224


Martin County Occupational Tax
PO Box 309
Inez KY 41224


Mason
100 W Broadway, Suite 3000
Long Beach CA 90802
```

```
Meade, Jacqueline
9974 Scotch Pine Dr,
Springboro OH 45066


Mills, Nathan S
17 SOUTH MILO RD
Tomahawk KY 41262


Mueller Electric LLC
4706 Winchester Ave
Ashland KY 41101


Muncy, Jessica
PO BOX 1622
Inez KY 41224


OH Department of Revenue
Attn: Compliance Business Tax Division
PO Box 1090
Columbus OH 43216-1090


Opco
205 West Harrison Avenue
Latrobe PA 15650


Pennslyvania Dept of Revenue
P O Box 280904
Harrisburg PA 17128-0904


Ray, Paul B
4351 NORTH MILO ROAD
Tomahawk KY 41262


Reed, Jesse
PO BOX 710
Inez KY 41224


Rupright, Nathan
575 17TH AVE S
Mount Penn PA 19606


SalesForce
415 Mission St, 3rd FL
San Francisco CA 94105
```

Scott, Jessica
575 17TH AVE S
Naples FL 34102


Scott, Jessica E
575 17TH AVE S
Naples FL 34102


Six10 Ventures
1070-377 Middle Country Road
Selden NY 11784


Strongwell Corporation
400 Commonwealth Ave.
Bristol VA 24201


Thermal Equipment Service
P.O. Box 5855
Carol Stream IL 60197-5855


Toyota Financial
P.O. Box 5855
Carol Stream IL 60197-5855


Traditional Bank
49 West Main Street
Mount Sterling KY 40353


Williams, Dustin
157 RALPH WILLIAMS RD
Inez KY 41224


Yaunk, Brittany
15 RALPH MOORE LANE
Inez KY 41224

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Boxvana, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Boxvana, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  2, 2022**

Date

**/s/ Dean A. Langdon**

**Dean A. Langdon**

Signature of Attorney or Litigant

Counsel for **Boxvana, LLC**

**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800 Fax:(859) 281-1179**