B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Kentucky

In re  Boxvana, LLC ,  Case No. 22-70232
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September, 2022                Date filed: 08/02/2022

Line of Business: Specialty Trade Contractor         NAISC Code: 2389

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Harrison Langley_
Original Signature of Responsible Party

Harrison Langley
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $  162,378.74

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $  78,887.60
Cash on Hand at End of Month    $  33,349.68

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $  33,349.68

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $  208,220.25

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $  162,378.74
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $  208,220.25

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $  -45,841.51

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  164,559.93

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 12 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 13 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 4,000.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 6,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 259,000.00 | $ 162,378.74 | $ 96,621.26 |
| EXPENSES | $ 266,370.00 | $ 208,220.25 | $ 58,149.75 |
| CASH PROFIT | $ -7,370.00 | $ -45,841.51 | $ -38,471.51 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 135,410.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 204,237.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ -68,827.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Boxvana

## Balance Sheet
### As of September 30, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Boxvana LLC, DIP 55373933 | 31,563.74 |
|     Boxvana LLC, DIP 55373941 | 1,610.88 |
|     Cash | 175.06 |
|   **Total Bank Accounts** | **$33,349.68** |
|   **Total Current Assets** | **$33,349.68** |
| **TOTAL ASSETS** | **$33,349.68** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|     Accounts Payable | |
|       Accounts Payable (A/P) | 14,229.93 |
|     **Total Accounts Payable** | **$14,229.93** |
|     Credit Cards | |
|       Prepaid Credit Card | -2,966.94 |
|     **Total Credit Cards** | **$ -2,966.94** |
|     Other Current Liabilities | |
|     Payroll Liabilities | |
|       KY Income Tax | 4,294.57 |
|       KY Local Tax | 1,851.42 |
|     **Total Payroll Liabilities** | **6,145.99** |
|     **Total Other Current Liabilities** | **$6,145.99** |
|   **Total Current Liabilities** | **$17,408.98** |
|   Long-Term Liabilities | |
|     Notes Payable - DIP | 150,000.00 |
|   **Total Long-Term Liabilities** | **$150,000.00** |
|   **Total Liabilities** | **$167,408.98** |
|   Equity | |
|     Opening balance equity | 98.49 |
|     Retained Earnings | |
|     Net Income | -134,157.79 |
|   **Total Equity** | **$ -134,059.30** |
| **TOTAL LIABILITIES AND EQUITY** | **$33,349.68** |

# Boxvana

Profit and Loss

September 2022

|  | TOTAL |
|---|---:|
| **Income** | |
|   Non Taxable Sales | 185,200.00 |
|   Sales | 6,178.74 |
|   Vendor's Compensation | 27.00 |
| **Total Income** | **$191,405.74** |
| **Cost of Goods Sold** | |
|   Cost of goods sold | 47,607.34 |
| **Total Cost of Goods Sold** | **$47,607.34** |
| **GROSS PROFIT** | **$143,798.40** |
| **Expenses** | |
|   Advertising & marketing | |
|     Listing fees | 22.35 |
| **Total Advertising & marketing** | **22.35** |
|   Bank Charges | 362.41 |
|   Contract labor | 5,336.89 |
|   Insurance - Health | 20,467.38 |
|   Insurance - Workers Comp | 4,346.27 |
|   Interest paid | 2,104.34 |
|   Legal & accounting services | |
|     Legal fees | 4,000.00 |
| **Total Legal & accounting services** | **4,000.00** |
|   Office expenses | 1,212.00 |
|     Shipping & postage | 29,684.32 |
| **Total Office expenses** | **30,896.32** |
|   Payroll expenses | |
|     Taxes | 4,102.66 |
|     Wages | 54,047.52 |
| **Total Payroll expenses** | **58,150.18** |
|   Reimbursements | 5,496.01 |
|   Rent | 14,991.60 |
|   Supplies | 1,731.35 |
|   Supplies & Materials | 33.06 |
|   Taxes paid | 44.00 |
|   Telephone/Internet Expense | 1,038.44 |
|   Travel | 10,450.00 |
|   Uncategorized Expense | 1,500.00 |
|   Utilities | 6,118.55 |
| **Total Expenses** | **$167,089.15** |
| **NET OPERATING INCOME** | **$ -23,290.75** |
| **NET INCOME** | **$ -23,290.75** |

# Traditional Bank

P.O. Box 326  Mt. Sterling, KY 40353
859-498-0414
www.traditionalbank.com

|  |  |
|---|---|
| Page: | 1 of 2 |
| Account: | 3941 |
| Date: | 09/30/2022 |

CYCLE-020

BOXVANA LLC, DEBTOR IN POSSESSION
CASE NO: 22-70232
740 HONEY BRANCH INDUSTRIAL PA
DEBORD KY  41214

Enclosures                0

**\*\*\* CHECKING \*\*\* COMMERCIAL CHECKING**

| | | |
|---|---|---|
| Beginning balance on   September 01, 2022 | $ | 22,576.14 |
| Total Deposits and Credits:  5 | + | 46,000.00 |
| Total Checks and Debits:  31 | - | 66,965.26 |
| Cycle Service Charge | - | 0 |
| Ending balance on   September 30, 2022 | $ | 1,610.88 |

Number of days in this statement period:  30

- **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 09/01 | AC PAYROLL        PAYROLL | 1,369.97 | |
| 09/02 | AC IRS             USATAXPYMT | 5,482.95 | |
| 09/06 | ACCOUNT ANALYSIS SERVICE CHRG | 26.42 | |
| 09/08 | XFER FROM ACCT CK XXXXXXXX3933 | | 10,000.00 |
| 09/12 | XFER FROM ACCT CK XXXXXXXX3933 | | 6,000.00 |
| 09/14 | AC PAYROLL        PAYROLL | 1,031.87 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,115.01 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,148.11 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,154.88 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,179.59 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,500.93 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,551.05 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,719.21 | |
| 09/14 | AC PAYROLL        PAYROLL | 1,742.31 | |
| 09/14 | AC PAYROLL        PAYROLL | 2,325.33 | |
| 09/14 | AC PAYROLL        PAYROLL | 2,626.55 | |
| 09/14 | AC PAYROLL        PAYROLL | 2,864.48 | |
| 09/14 | AC PAYROLL        PAYROLL | 3,720.80 | |
| 09/16 | AC IRS             USATAXPYMT | 5,679.86 | |
| 09/19 | XFER FROM ACCT CK XXXXXXXX3933 | | 15,000.00 |
| 09/20 | XFER FROM ACCT CK XXXXXXXX3933 | | 10,000.00 |
| 09/22 | XFER FROM ACCT CK XXXXXXXX3933 | | 5,000.00 |
| 09/28 | AC PAYROLL        PAYROLL | 1,042.67 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,275.58 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,310.35 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,365.16 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,368.26 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,551.06 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,602.86 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,742.29 | |
| 09/28 | AC PAYROLL        PAYROLL | 1,815.21 | |
| 09/28 | AC PAYROLL        PAYROLL | 2,222.81 | |

Page: 2 of 2
Account: 3941
Date: 09/30/2022

- **Account Transactions**

| Date | Description | | DEBITS | CREDITS |
|---|---|---|---|---|
| 09/28 | AC PAYROLL | PAYROLL | 2,706.94 | |
| 09/28 | AC PAYROLL | PAYROLL | 2,922.30 | |
| 09/28 | AC PAYROLL | PAYROLL | 3,865.74 | |
| 09/30 | AC IRS | USATAXPYMT | 5,934.71 | |

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/31 | 22,576.14 | 09/01 | 21,206.17 | 09/02 | 15,723.22 | 09/06 | 15,696.80 |
| 09/08 | 25,696.80 | 09/12 | 31,696.80 | 09/14 | 8,016.68 | 09/16 | 2,336.82 |
| 09/19 | 17,336.82 | 09/20 | 27,336.82 | 09/22 | 32,336.82 | 09/28 | 7,545.59 |
| 09/30 | 1,610.88 | | | | | | |

**RETURN ITEM NON-SUFFICIENT FUNDS (NSF) CHARGE**
**$32 PER EACH RETURN - MULTIPLE NSF FEES MAY BE CHARGED**
**IF A DEBIT OR ITEM IS RETURNED MORE THAN ONE TIME.**

# Traditional Bank

P.O. Box 326  Mt. Sterling, KY 40353
859-498-0414
www.traditionalbank.com

|  |  |
|---|---|
| Page: | 1 of 4 |
| Account: | 3933 |
| Date: | 09/30/2022 |

BOXVANA LLC, DEBTOR IN POSSESSION
CASE NO: 22-70232
740 HONEY BRANCH INDUSTRIAL PA
DEBORD KY  41214

CYCLE-020

Enclosures    24

**\*\*\* CHECKING \*\*\* COMMERCIAL CHECKING**

| | | | |
|---|---|---|---|
| Beginning balance on September 01, 2022 | | $ | 58,817.48 |
| Total Deposits and Credits: | 5 | + | 167,954.34 |
| Total Checks and Debits: | 71 | - | 194,040.93 |
| Cycle Service Charge | | - | 0 |
| Ending balance on September 30, 2022 | | $ | 32,730.89 |

Number of days in this statement period:    30

- **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 09/01 | AC COLLIER COUNTY   TAX COLL. | 121.60 | |
| 09/06 | ACCOUNT ANALYSIS SERVICE CHRG | 10.99 | |
| 09/07 | AC DelCotto Law Gro eCheck | 1,000.00 | |
| 09/08 | AC HUMANA, INC.   INS PYMT | 5,384.29 | |
| 09/08 | XFER TO ACCT   CK XXXXXXXX3941 | 10,000.00 | |
| 09/09 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/09 | Wire Out   Zoominfo Technologies LLC | 2,082.92 | |
| 09/12 | AC 18004INTUIT   QBooks Onl | 212.00 | |
| 09/12 | AC HUMANA, INC.   INS PYMT | 993.08 | |
| 09/12 | XFER TO ACCT   CK XXXXXXXX3941 | 6,000.00 | |
| 09/12 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/12 | Wire Out   One Call Logistics LLC | 250.00 | |
| 09/14 | MOBILE DEPOSIT | | 30,000.00 |
| 09/14 | XFER TO ACCT   BL XXXXXXXX3887 | 2,104.34 | |
| 09/14 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/14 | Wire Out   HubSpot Inc | 750.00 | |
| 09/15 | Wire In   DBA YELLOW BRICK ROAD   1 | | 97,000.00 |
| 09/15 | AC DelCotto Law Gro eCheck | 1,000.00 | |
| 09/15 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/15 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/15 | Wire Out   7 Caves | 1,500.00 | |
| 09/15 | Wire Out   Real Estate Gizmo.COM | 10,450.00 | |
| 09/16 | Wire In   SYNAPSE FINANCIAL TECHNOLOGIES | | 6,178.74 |
| 09/16 | AC Dept of Revenue   KY TaxPmnt | 1,606.14 | |
| 09/16 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/16 | WITHDRAWAL | 3,000.00 | |
| 09/16 | Wire Out   Stream Logistics | 8,600.00 | |

- **Account Transactions**

| Date | Description | DEBITS | CREDITS |
|---|---|---:|---:|
| 09/19 | AC HUMANA, INC.   INS PYMT | 6,484.36 | |
| 09/19 | XFER TO ACCT   CK XXXXXXXX3941 | 15,000.00 | |
| 09/19 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/19 | Wire Out   Stream Logistics | 400.00 | |
| 09/20 | MOBILE DEPOSIT | | 29,200.00 |
| 09/20 | AC TN STATE REVENUE TN TAP | 44.00 | |
| 09/20 | XFER TO ACCT   CK XXXXXXXX3941 | 10,000.00 | |
| 09/20 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/20 | Wire Out   Stream Logistic | 16,600.00 | |
| 09/21 | Wire In   PNC BANK | | 5,575.60 |
| 09/21 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/21 | Wire Out   Jessica Scott | 5,575.60 | |
| 09/21 | Wire Out   Jessica Scott | 5,575.60 | |
| 09/22 | AC KENTUCKY FRONTIE DEBITS | 22.78 | |
| 09/22 | XFER TO ACCT   CK XXXXXXXX3941 | 5,000.00 | |
| 09/22 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/22 | Wire Out   Jessica Scott | 9,692.92 | |
| 09/23 | AC DelCotto Law Gro eCheck | 1,000.00 | |
| 09/23 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/23 | Wire Out   Jessica Scott | 747.95 | |
| 09/26 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/26 | Outgoing Wire Transfer Fee | 25.00 | |
| 09/26 | Wire Out   One Call Logistics | 3,210.80 | |
| 09/26 | Wire Out   Jessica Scott | 4,435.64 | |
| 09/27 | AC eBay Com6FP7LYWF PAYMENTS | 10.35 | |
| 09/28 | AC eBay ComXSHQJCU0 PAYMENTS | 12.00 | |
| 09/28 | AC ATT 800 222 0300 AT&T SERVS | 608.51 | |
| 09/28 | AC DelCotto Law Gro eCheck | 1,000.00 | |

- **Check Transactions**

| Date | Serial | Amount | Date | Serial | Amount | Date | Serial | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 09/07 | 1 | 420.24 | 09/13 | 1015 | 676.00 | 09/23 | 1022 | 2,459.70 |
| 09/01 | 1005 * | 25.00 | 09/21 | 1016 | 6,000.00 | 09/29 | 1023 | 3,500.00 |
| 09/01 | 1009 * | 233.18 | 09/16 | 1017 | 2,156.00 | 09/28 | 1024 | 1,750.36 |
| 09/14 | 1010 | 15,333.12 | 09/21 | 1018 | 268.15 | 09/23 | 1025 | 39.45 |
| 09/09 | 1011 | 1,000.00 | 09/21 | 1019 | 1,500.00 | 09/30 | 1026 | 635.11 |
| 09/12 | 1013 * | 1,114.45 | 09/23 | 1020 | 5,161.84 | 09/29 | 1027 | 149.99 |
| 09/13 | 1014 | 137.15 | 09/20 | 1021 | 9,166.00 | 09/30 | 1030 * | 1,504.32 |

 * Indicates a Break in Serial Number

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|---|---:|
| 08/31 | 58,817.48 | 09/01 | 58,437.70 | 09/06 | 58,426.71 | 09/07 | 57,006.47 |
| 09/08 | 41,622.18 | 09/09 | 38,514.26 | 09/12 | 29,919.73 | 09/13 | 29,106.58 |
| 09/14 | 40,894.12 | 09/15 | 124,894.12 | 09/16 | 115,685.72 | 09/19 | 93,776.36 |
| 09/20 | 87,141.36 | 09/21 | 73,772.61 | 09/22 | 59,031.91 | 09/23 | 49,597.97 |
| 09/26 | 41,901.53 | 09/27 | 41,891.18 | 09/28 | 38,520.31 | 09/29 | 34,870.32 |
| 09/30 | 32,730.89 | | | | | | |

RETURN ITEM NON-SUFFICIENT FUNDS (NSF) CHARGE
$32 PER EACH RETURN - MULTIPLE NSF FEES MAY BE CHARGED
IF A DEBIT OR ITEM IS RETURNED MORE THAN ONE TIME.

BOXVANA LLC, DEBTOR IN POSSESSION
Account: 3933
Page: 3


09/14/2022   $30,000.00


09/14/2022  1010  $15,333.12


09/16/2022  1017  $2,156.00


09/20/2022   $29,200.00


09/09/2022  1011  $1,000.00


09/21/2022  1018  $268.15


09/16/2022   $3,000.00


09/12/2022  1013  $1,114.45


09/21/2022  1019  $1,500.00


09/07/2022  1  $420.24


09/13/2022  1014  $137.15


09/23/2022  1020  $5,161.84


09/01/2022  1005  $25.00


09/13/2022  1015  $676.00


09/20/2022  1021  $9,166.00


09/01/2022  1009  $233.18


09/21/2022  1016  $6,000.00


09/23/2022  1022  $2,459.70

**Traditional Bank**

BOXVANA LLC, DEBTOR IN POSSESSION
Account:        3933
Page:   4


09/29/2022   1023   $3,500.00


09/28/2022   1024   $1,750.36


09/23/2022   1025   $39.45


09/30/2022   1026   $635.11


09/29/2022   1027   $149.99


09/30/2022   1030   $1,504.32

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing document was served on October 19, 2022, by electronic mail and/or first-class U.S. mail, postage fully prepaid, on the attached service list.

.

                                          DELCOTTO LAW GROUP PLLC

                                          /s/ Dean A. Langdon
                                          KY Bar No. 40104
                                          200 North Upper Street
                                          Lexington, KY  40507
                                          Telephone: (859) 231-5800
                                          Facsimile: (859) 281-1179
                                          dlangdon@dlgfirm.com
                                          COUNSEL FOR DEBTOR

Case 22-70232-grs   Doc 58   Filed 10/19/22   Entered 10/19/22 11:23:48   Desc Main
Document      Page 14 of 14

**BOXVANA, LLC**
**Monthly Operating Report**
**Service List**

| Name | Address1 | Address2 | City | State | Zip | Email or ECF |
|---|---|---|---|---|---|---|
| **Secured Creditors** | | | | | | |
| Traditional Bank | 49 West Main Street | | Mount Sterling | KY | 40353 | VIA ECF: Farrah W. Ingram - fingram@whitepeckcarrington.com |
| Financial Pacific Leasing, Inc. | 3455 S 344th Way Ste 300 | | Federal Way | WA | 98001 | VIA EMAIL: jim@mcdonoughcraig.com |
| Toyota Financial | P.O. Box 5855 | | Carol Stream | IL | 60197-5855 | VIA EMAIL: pocquestions@nbsdefaultservices.com |
| | | | | | | |
| **Taxing Authorities** | | | | | | |
| Internal Revenue Service | Department of the Treasury | P O Box 7346 | Philadelphia | PA | 19101-7346 | |
| Kentucky Department of Revenue | P O Box 5222 | | Frankfort | KY | 40602 | |
| Martin County Occupational Tax | PO Box 309 | | Inez | KY | 41224 | |
| OH Department of Revenue | Attn: Compliance Business Tax Division | PO Box 1090 | Columbus | OH | 43216-1090 | VIA EMAIL: bankruptcydivision@tax.state.oh.us |
| Pennslyvania Dept of Revenue | P O Box 280904 | | Harrisburg | PA | 17128-0904 | |
| | | | | | | |
| **DIP Lender** | | | | | | |
| Langley, Robert | 79 33rd Ave S | | Naples | FL | 34102 | VIA EMAIL: Robert.langley@langleyproperty.com |
| | | | | | | |
| **Contract/Lease** | | | | | | |
| Martin Co Economic Dev. Authority | c/o Brian Cumbo, Esq. | P O Box 1844 | Inez | KY | 41224 | VIA ECF: Stephen P. Stoltz - sstoltz@gmalaw.com |
| | | | | | | |
| **Subchapter V Trustee** | | | | | | |
| Charity S. Bird | 710 W. Main St, 4th Fl | | Louisville | KY | 40202 | VIA ECF: bird@kaplanjohnsonlaw.com |
| | | | | | | |
| **U.S. Trustee** | | | | | | |
| Bradley M. Nerderman | | | | | | VIA ECF: Bradley.Nerderman@usdoj.gov |